UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
2016 FEB -4  PM 3:25
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | CAUSE NO. 1:15-cr |
| DOUGLAS CASTLE, ) | 1:16-cr-0026 SEB-MJD |
| Defendant. ) | |

## INFORMATION

The United States Attorney charges that:

Count One
(Theft from Interstate Shipment)
(18 U.S.C. § 659)

On or about October 16, 2014, in Johnson County, Indiana, in the Southern District of Indiana, the Defendant,

DOUGLAS CASTLE,

unlawfully, willfully and knowingly, and with intent to convert to his own use, did steal, take, and obtain through fraud or deception from a warehouse, located at 850 N Graham Street, Suite B, Greenwood, Indiana 46143, owned and operated by Neovia Logistics Services, LLC, goods and chattels of a value in excess of $1,000, that is, four shipments of Harley-Davidson Screamin' Eagle EFI Pro Super Tuner kits, which were moving as, were part of, and constituted an interstate shipment of freight, express, and other property from Bosch Automotive Service Solutions, 655

Eisenhower Drive, Owatonna, MN 55060 to Harley-Davidson retail stores throughout the United States.

All of which is in violation of Title 18, United States Code, Section 659.

_____
JOSH J. MINKLER
United States Attorney

STATE OF INDIANA      )
                      )   SS:
COUNTY OF MARION      )

Nicholas J. Linder, being first duly sworn, upon his oath deposes and says that he is an Assistant United States Attorney in and for the Southern District of Indiana, that he makes this affidavit for and on behalf of the United States of America and that the allegations in the foregoing Information are true as he is informed and verily believes.

_____
Nicholas J. Linder
Assistant United States Attorney

Subscribed and sworn to before me, a notary public, on this 2nd day of February, 2016.

_____
Guey Jen Yang
Notary Public

My Commission Expires:   June 27, 2022



GUEY JEN YANG
Notary Public, State of Indiana
Hendricks County
Commission # 653454
My Commission Expires
June 27, 2022

My County of Residence:  Hendricks County